

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DIGITAL DEVELOPMENT CORP.          :
       Plaintiff,                 :
                                         :   Civil 06-11 (DRD)
      v.                           :   **Order for Dismissal**
                                         :   **Pursuant to F.R. Civ. P.4(m)**
PHOENIX TECHNOLOGIES LTD., et al   :
       Defendant,                 :

It appearing that the above captioned action having been pending for more than 120 days and counsel having failed to effect service during this time and the Court having noticed counsel for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed,

It is on this 13th day of December 2006,

O R D E R E D  that the above captioned action be and is hereby dismissed, as to all defendants, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

                                                         */s/ Dickinson R. Debevoise*
                                                         DICKINSON R. DEBEVOISE
                                                         United States District Judge